**FILED**

**Aug 17, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

# SEALED

7

8          IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        CASE NO.   1:21-mj-00078-BAM

12                 Plaintiff,        [PROPOSED] SEALING ORDER

13          v.

14  GERARDO MALDONADO-RODRIGUEZ,

15                 Defendant.

16                           **O R D E R**

17      Upon Application of the United States and good cause having been shown, IT IS HEREBY

18  ORDERED that the complaint, arrest warrant, and related sealing documents in the above-captioned

19  case be SEALED until further order of this Court.

20

21

22  Dated:      8/17/21                    _____
                                           Hon. Barbara A. McAuliffe
23                                         United States Magistrate Judge

24

25

26

27

28