PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



**FILED**
Sep 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERARDO MALDONADO-RODRIGUEZ, <br><br> Defendant. | CASE NO. 1:21-CR-00219 NONE-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 2, 2021, charging the above defendant with a violation of 8 U.S.C. § 1326(a) and (b)(2) – Removed Alien Found in United States, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

///
///
///
///
///

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: September 2, 2021      Respectfully submitted,

           PHILLIP A. TALBERT
           Acting United States Attorney

By    /s/ Joseph D. Barton
       JOSEPH D. BARTON
       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: September 2, 2021

_____
ERICA P. GROSJEAN
U.S. Magistrate Judge