UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>     v.<br><br>GERARDO MALDONADO-RODRIGUEZ,<br><br>                         Defendant. | CASE NO. 1:21-cr-00219-NONE-SKO<br><br>ORDER RE UNITED STATES' APPLICATION TO UNSEAL |

Good cause appearing due to the defendant's pending initial appearance in this Court, it is hereby ordered that the indictment, arrest warrant, and other court filings in this case be UNSEALED.

IT IS SO ORDERED.

Dated:  **September 8, 2021**            /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE