HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GERARDO MALDONADO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO MALDONADO-RODRIGUEZ,<br><br>Defendant. | Case No. 1:21-cr-00219 JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER**<br><br>DATE: June 3, 2022<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Jaya Gupta, counsel for defendant Gerardo Maldonado-Rodriguez, that the sentencing hearing currently set for April 29, 2022, be continued to June 3, 2022, at 9:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of defense counsel. Additional time is necessary for preparation of the PSR, continued defense investigation, and because defense counsel will be in trial. Accordingly, the parties request a continuance to June 3, 2022.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 23, 2022        /s/ Jaya Gupta
                               JAYA GUPTA
                               Assistant Federal Defender
                               Attorney for Defendant
                               GERARDO MALDONADO-RODRIGUEZ


PHILLIP A. TALBERT
United States Attorney

Date: February 23, 2022        /s/ Joseph Barton
                               JOSEPH BARTON
                               Assistant United States Attorney
                               Attorney for Plaintiff


**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for April 29, 2022, is continued to June 3, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 23, 2022**

UNITED STATES DISTRICT JUDGE